# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

RICHARD JERMAIN DUNCAN
ADC # 654379                                                                                    PLAINTIFF

v.                                  CASE NO. 4:10-cv-02045-BSM-JJV

FRANK ONYEOHEZIRI, Nurse, Pulaski County
Regional Detention Facility; CARL JOHNSON,
Doctor, Pulaski County Regional Detention
Facility; DOC HOLLADAY, Sheriff, Pulaski
County Regional Detention Facility; and RANDY
MORGAN, Chief, Pulaski County Regional
Detention Facility                                                                              DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Brian S. Miller. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a new hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## DISPOSITION

### I. BACKGROUND

Plaintiff, Richard Duncan, a pretrial detainee in Pulaski County Regional Detention Facility, filed a *pro se* Complaint (Doc. No. 2) alleging that the Defendants violated his constitutional rights. He also filed an Application to Proceed Without Prepayment of Fees and Affidavit (Application) (Doc. No. 1) which was denied as incomplete on March 7, 2011 (Doc. No. 3). Plaintiff was given thirty days to submit either the $350 filing fee or a properly completed Application and was warned that failure to comply with the March 7 Order would result in dismissal of his Complaint without prejudice.

Thirty days has now past with no response from the Plaintiff. The Court finds Plaintiff's Complaint (Doc. No. 2) should, therefore, be DISMISSED without prejudice.

**II. CONCLUSION**

IT IS, THEREFORE, RECOMMENDED THAT:

1. Plaintiff's Complaint (Doc. No. 2) should be DISMISSED without prejudice.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order and Judgment adopting this Recommended Disposition would not be taken in good faith.

DATED this 19th day of April, 2011.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE