UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RICHARD JERMAIN DUNCAN**
**ADC #654375**                                                                                            **PLAINTIFF**

v.                           CASE NO. 4:10cv02045 BSM/JJV

**FRANK ONYEOHEZIRI, Nurse, Pulaski County**
**Regional Detention Facility; CARL JOHNSON,**
**Doctor, Pulaski County Regional Detention**
**Facility; DOC HOLLADAY, Sheriff, Pulaski**
**County Regional Detention Facility; and RANDY**
**MORGAN, Chief, Pulaski County Regional**
**Detention Facility**                                                                                   **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's complaint [Doc. No. 2] is DISMISSED without prejudice.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order adopting the recommendation, and the accompanying judgment, would not be taken in good faith.

DATED this 17th day of June, 2011.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE