UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RICHARD JERMAIN DUNCAN**
**ADC #654375**                                                                                          **PLAINTIFF**

**v.**                            **CASE NO. 4:10cv02045 BSM/JJV**

**FRANK ONYEOHEZIRI, Nurse, Pulaski County**
**Regional Detention Facility; CARL JOHNSON,**
**Doctor, Pulaski County Regional Detention**
**Facility; DOC HOLLADAY, Sheriff, Pulaski**
**County Regional Detention Facility; and RANDY**
**MORGAN, Chief, Pulaski County Regional**
**Detention Facility**                                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this judgment and the accompanying order would not be taken in good faith.

DATED this 17th day of June, 2011.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE